UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 17 Cr. 118-2 (KPF) |
| AKANILLI DEKATTU, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The hearing currently scheduled for May 18, 2020, at 10:00 a.m. will proceed via video conference, with audio access as follows: Dial-in (917) 933-2166, Conference ID: 218880677.  The Court will provide instructions for participating via video conference to the parties and the Probation Office.

Dated:     May 6, 2020
           New York, New York

                                        _____
                                        KATHERINE POLK FAILLA
                                        United States District Judge