

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

September 21, 2020

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *United States* v. *Akanilli Dekattu*, 17 Cr. 118 (KPF)

Dear Judge Failla:

    The Government respectfully requests an adjournment of the status conference in this case. On May 18, 2020, the Court held a status conference via teleconference in this matter and scheduled another status conference for August 4, 2020. On August 4, 2020, the Court granted the defendant's request to adjourn the status conference to September 25, 2020. The defendant's request, filed on August 3, 2020, noted that the defendant had a state-court appearance in his underlying state case scheduled for September 21, 2020.

    The undersigned attorney is now unavailable for a status conference on September 25, 2020. I am a former law clerk for Justice Ruth Bader Ginsburg and I will be participating in memorial events for her in Washington, DC. The defendant has consented to an adjournment, and also informed the Government that the defendant's state-court conference was adjourned to November 23, 2020. Accordingly, the parties respectfully request that the Court adjourn the status conference in this case. The parties are willing to appear at the next time available for the Court, or are willing to wait until after the defendant's state-court conference on November 23, 2020, at the Court's direction. I have conferred with defense counsel, who consents to this request.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney for the
    Southern District of New York

By: /s/ Thane Rehn
    Thane Rehn
    Assistant United States Attorney
    (212) 637-2354

cc:    John T. Zach, Esq. (by ECF)

Application GRANTED. The conference scheduled for September 25, 2020, is hereby ADJOURNED to December 8, 2020, at 11:00 a.m. The hearing will take place by Skype, and instructions for accessing the hearing will be provided separately.

Dated:    September 21, 2020          SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE