UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 17 Cr. 118-2 (KPF) |
| AKANILLI DEKATTU, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The hearing currently scheduled for December 8, 2020, is hereby adjourned *sine die*. The Court will reschedule the hearing shortly.

SO ORDERED.

Dated:   December 7, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge