| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>S1 17 CR 118-02 &<br>S2 17 CR 118-02 (KPF) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | |
|---|---|---|
| Akanilli Dekattu | SOUTHERN DISTRICT OF NEW YORK | |
| | NAME OF SENTENCING JUDGE | |
| | Katherine Polk Failla, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM: April 14, 2022 — TO: October 13, 2023 |

**OFFENSE**
Two Counts of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. 1349, Class B Felony; Aggravated Identity Theft, in violation of 18 U.S.C. 1028A(a)(1), Class E Felony.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 20, 2023
Date

*United States District Judge* (signed: Katherine Polk Failla)

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "EASTERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.    March 20, 2023

Effective Date                    United States District Judge